No. 95–28. SCHERING CORP. *v.* FOOD AND DRUG ADMINISTRATION. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–35. ORTHO PHARMACEUTICAL CORP. *v.* GENETICS INSTITUTE, INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–264. KRAMER *v.* TRIBE. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–1950. SHAPER *v.* TRACY, TAX COMMISSIONER OF OHIO, ET AL. Ct. App. Ohio, Franklin County. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 94–1964. SHOEMAKER, FORMER CHIEF, OHIO ADULT PAROLE AUTHORITY, ET AL. *v.* KELLOGG ET AL. C. A. 6th Cir. Motion of respondent Glen S. Kellogg for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–2027. MONTGOMERY SECURITIES ET AL. *v.* DANNENBERG ET AL. C. A. 9th Cir. Motion of American Bankers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–2060. ARCO PRODUCTS CO. *v.* GRAHAM OIL CO. C. A. 9th Cir. Motion of Kaiser Foundation Health Plan, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.